■ In the Matter of MAX ROSENMAN et al., Respondents, v. SEAFOOD CITY, INC., Appellant.— Judgment, denominated an order, in proceeding under article 78 of CPLR granting petitioner stockholders an examination of the books of account of respondent corporation unanimously affirmed, with $50 costs and disbursements to petitioners-respondents. In affirming, the court notes that

Special Term was not correct in referring to Mr. Richman as a director of the corporation in question. But this makes no difference. On general principles applicable to a close corporation with petitioners owning, concededly, at least 49% of the stock, and without a satisfactory showing of bad faith on their part, petitioners were entitled to the relief sought (*Matter of Mook* v. *American Fabrics Co.*, 24 A D 2d 971). Concur — Breitel, J. P., Rabin, McNally, Steuer and Capozzoli, JJ.